UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>                        Plaintiff,         )<br>                                                          )<br>         v.                                              )<br>                                                          )<br>DANIEL MARK DAVIS,                   )<br>                                                          )<br>                        Defendant.    )<br>_____ ) | Case No. CR01-0313-RSM-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 22, 2006. The United States was represented by Assistant United States Attorney Donald M. Currie, and the defendant by Mr. Jesse Cantor. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Bank Fraud, and on or about December 7, 2001, was sentenced by the Honorable Ricardo S. Martinez to a term of 15 months in custody, followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment participation, no firearms possession, mandatory drug testing, consent to search and seizure, prohibited from gambling, attending Gambler's Anonymous meetings, no new credit or obtaining additional lines of credit, restricted from working in any capacity providing access to financial or personal information, may not be self-employed, reside in a community

corrections center and attend a comprehensive sanction center program for up to 120 days, cooperate in the collection of DNA, required to resolve his pending criminal case in New Jersey state court, financial disclosure, and restitution.

In a Petition for Warrant or Summons dated April 19, 2006, U.S. Probation Officer Brian H. Rogers asserted the following violation by defendant of the conditions of his supervised release:

Violation No. 1:  Driving under the influence on April 13, 2006, in violation of the general condition that he not commit another federal, state, or local crime.

The defendant was advised of the allegation, and advised of his rights.  Defendant admitted to the violation, and waived any rights to an evidentiary hearing as to whether it occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to Violation No. 1, and that the Court conduct a hearing limited to disposition.  A disposition hearing has been set before the Honorable Ricardo S. Martinez on June 16, 2006, at 2:30 p.m.

Pending a final determination by the Court, the defendant has been released on bond with the condition that he reside in a half-way house, and be subject to continued supervision.

DATED this 22nd day of May, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:     District Judge:            Honorable Ricardo S. Martinez
        AUSA:                      Mr. Donald M. Currie
        Defendant's attorney:      Mr. Jesse Cantor
        Probation officer:         Mr. Brian H. Rogers