UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR01-313-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| DANIEL MARK DAVIS, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on February 15, 2007. The United States was represented by AUSA Patricia Lally and the defendant by Jesse G. Cantor. The proceedings were digitally recorded.

Defendant had been sentenced on or about December 14, 2001 by the Honorable Barbara Jacobs Rothstein on a charge of Bank Fraud and sentenced to 15 months custody, five years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant not posses any firearms, submit to mandatory drug testing, participate in a substance abuse program, abstain from alcohol, submit to search, participate in a mental health

program, be prohibited from gambling and participate in Gamblers Anonymous, pay restitution in the amount of $350,650.00, provide access to financial information, maintain a single checking account for all finances, provide information about any business interests, disclose all assets and liabilities, not obtain any new credit, not be self-employed or employed by friends, obtain approval for all employment, not work for cash, and provide pay stubs to his probation officer. (Dkt.17).

On June 28, 2004, defendant's probation officer reported that he had failed to make consistent restitution payments. No further action was taken at the time, allowing the Southern District of California, where defendant was residing, to address the situation. (Dkt. 20).

On September 16, 2005, defendant admitted to violating the conditions of supervised release by absconding from supervision. (Dkt. 30.) Defendant was sentenced to two months in custody followed by 4 years of supervised release. Additional conditions included halfway house placement for up to 120 days, cooperation with DNA testing, and defendant was ordered to resolve his New Jersey pending criminal case. (Dkt. 36.)

On May 22, 2006, defendant admitted to violating the conditions of supervised release by driving under the influence of alcohol. (Dkt. 47.) Defendant was ordered to participate in an alcohol treatment program, and no further action was taken. (Dkt. 50.)

In an application dated January 23, 2007 (Dkt. 52 ), U.S. Probation Officer Brian H. Rogers alleged the following violations of the conditions of supervised release:

1.   Failing to report to his probation officer on January 16, 2007 at 9:00 AM in violation of standard condition number two.

2.   Failing to participate in Moral Reconation Therapy (MRT) as directed by the probation office in violation of special condition number five.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

3. Failing to pay restitution as directed in December 2006 and January 2007 in violation of the special condition that he pay restitution in monthly installments of not less than 10% of his gross household income.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 55).

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Martinez.

Pending a final determination by the Court, defendant has been released on the conditions of supervision and the additional condition that he reside in a halfway house pending his disposition hearing.

DATED this 15th day of February, 2007.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge:     Honorable Ricardo S. Martinez
    AUSA:              Patricia Lally
    Defendant's attorney: Jesse G. Cantor
    Probation officer:  Brian H. Rogers

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3